IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01894-WYD-MEH

DOYLE SMITH;
AUDREY SMITH; and
SHANE SMITH,

    Plaintiffs,

v.

CAMPBELL SOUP COMPANY,

    Defendant.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Order to Show Cause, issued September 13, 2007, Ordering Defendant to show cause, in writing, why this case should not be remanded for lack of subject matter jurisdiction.  Upon consideration of the Response filed by Defendant on September 21, 2007, it is hereby

ORDERED that the Order to Show Cause is **DISCHARGED**.

Dated:  September 26, 2007

                BY THE COURT:

                s/ Wiley Y. Daniel
                Wiley Y. Daniel
                U. S. District Judge