IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01894-WYD-MEH

DOYLE SMITH,
AUDREY SMITH, and
SHANE SMITH,

    Plaintiffs,
v.

CAMPBELL SOUP COMPANY,

    Defendant.

---

## ORDER ADMINISTRATIVELY CLOSING CASE

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 28, 2007.**

    Pursuant to the Local Rules of this Court, and based on prior proceedings involving the undersigned judicial officer, this case is administratively closed, to be opened by either party upon a showing of good cause.